

# U. S. Department of Justice

## *W. Ellis Boyle*
United States Attorney
Eastern District of North Carolina

150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE:      April 28, 2026

TO:         Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: W. Ellis Boyle,
United States Attorney

ATTN OF:  Matthew Petracca,
Assistant United States Attorney

SUBJECT:  United States v. James Brien Comey Jr.
No. 4:26-CR-16    - Eastern Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc:      US Marshal Service
US Probation Office