

# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Apr 29, 2026 12:43PM

JESSICA CARMICHAEL

| Rcpt. No: 100016420 | | Trans. Date: Apr 29, 2026 12:43PM | | | Cashier ID: #JB (3392) | |
|---|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DVAE126CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $75.00 |
| | Total Due Prior to Payment: | $75.00 |
| | Total Tendered: | $75.00 |
| | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.