| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **NOTICE OF APPEARANCE** |

NOW COMES undersigned counsel and informs the Court and the Government that he is making an appearance to represent the Defendant in this matter, as L.R. 57.1 counsel with lead counsel Patrick J. Fitzgerald.

This the 7th day of May, 2026.

**GAMMON & ZESZOTARSKI, PLLC**

/s/   Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
jzeszotarski@ghz-law.com
Counsel for Defendant