| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **MOTION TO CANCEL SECOND INITIAL APPEARANCE** |

NOW COMES Defendant James Brien Comey Jr., through undersigned counsel, and respectfully moves this Court for an order canceling the initial appearance in this district, set for 11 May 2026, on the grounds that an initial appearance in compliance with law has previously been held in this case in the United States District Court for the Eastern District of Virginia on 29 April 2026. The Government consents to this Motion. In support of this motion, Mr. Comey shows the Court the following:

1.      A grand jury sitting in the Eastern District of North Carolina issued an indictment in this case on 28 April 2026. ECF 1. The indictment charges Mr. Comey with one count of making a threat to take the life of or inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871(a), and one count of transmitting in interstate and foreign commerce a threat to kill the President of the United States, in violation of 18 U.S.C. § 875(c). *Id.*

2. Also on 28 April 2026, the United States sought and secured an arrest warrant. ECF 3, 4.

3. Upon agreement by the Government, Mr. Comey surrendered himself on 29 April 2026, in the Eastern District of Virginia where he resides. According to the docket in this case, the Court has treated this as an "Arrest – Other District."

4. In accordance with Rule 5(c)(2) of the Federal Rules of Criminal Procedure, governing when an arrest has been made in a district other than where the offense was allegedly committed, an initial appearance was promptly held in the Eastern District of Virginia before United States Magistrate Judge William Fitzpatrick on 29 April 2026. Magistrate Judge Fitzpatrick followed the initial appearance procedure for a felony case as laid out in Rule 5(d), and provided the notice to the Government that is required under Rule 5(f). Magistrate Judge Fitzpatrick also granted Mr. Comey pretrial release. The same day, the Eastern District of Virginia transferred all of the Rule 5 documents to this Court, in accordance with Rule 5(c)(3) governing the procedures to be followed in a district other than where the offense was allegedly committed. ECF 6.

5. A second initial appearance has now been set in this district for 11 May 2026.

6. Mr. Comey seeks to have the scheduled second "initial appearance" removed from the calendar. The Government consents to this Motion. Rule 5 of the Federal Rules of Criminal Procedure provides for an initial appearance in the singular. *See United States v. Zambada Garcia,* 347 F.R.D. 301, 306 (W.D. Tex. 2024)

("Rule 5 appears to contemplate only one initial appearance per arrest. The Rule describes 'the district' in which 'the offense' is charged, and the holding of 'the initial appearance,' always using the definite article and a singular noun."). The rule's requirement for a single initial appearance makes sense in light of its roots in the common law rule focused on *prompt* presentment. *See Corley v. United States*, 556 U.S. 303, 306, 320 (2009). Here, Mr. Comey made his initial appearance in the Eastern District of Virginia promptly, and a court has issued all of the appropriate notifications to both parties as codified in Rule 5. *See id.* at 320 (listing the "key steps" identified in Rule 5(d)). Accordingly, the purpose of Rule 5 has been satisfied, and a second initial appearance is not anticipated, much less required, by the Rule.

7. While Mr. Comey believes that in the ordinary course, and consistent with Rule 5, a second initial appearance would not take place, he is willing to execute any appropriate waiver to give the Court additional comfort if the Court so desires.

8. Undersigned counsel for Mr. Comey provided a draft of this motion to Government counsel in advance of this filing, and Government counsel advises that the United States consents to the relief sought herein.

WHEREFORE, James Brien Comey Jr. respectfully requests that this motion be granted, and that the initial appearance set for 11 May 2026 in this district be terminated on the docket.

3

This the 7th day of May, 2026.

/s/    Patrick J. Fitzgerald
Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI  49117
(312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com
Counsel for Defendant


**GAMMON & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
jzeszotarski@ghz-law.com
LR 57.1 Counsel for Defendant

4