IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-16-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES BRIEN COMEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to cancel initial appearance (DE 9) scheduled for May 11, 2026. The court will cancel this proceeding upon defendant filing waiver of initial appearance in this district on or before May 8, 2026. If no such waiver is filed, the initial appearance will proceed as scheduled. Finally, the record indicates defendant is represented by counsel who is not admitted to practice in this district. Local Criminal Rule 57.1(e) requires such counsel to file notice of special appearance using form available on the court's website. Defendant's counsel shall file a notice of special appearance that complies with this rule within **21 days**.

SO ORDERED, this the 7th day of May, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge