| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRIEN COMEY JR. | **WAIVER OF INITIAL APPEARANCE IN EASTERN DISTRICT OF NORTH CAROLINA** |

NOW COMES Defendant James Brien Comey Jr., and waives his right to any initial appearance in this district on the indictment in this case returned on 28 April 2026.

This the 8th day of May, 2026.

James B. Comey Jr.

COUNSEL:

/s/   Patrick J. Fitzgerald
Patrick J. Fitzgerald
P.O. Box 277
New Buffalo, MI  49117
(312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com
Counsel for Defendant

**GAMMON & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
jzeszotarski@ghz-law.com
LR 57.1 Counsel for Defendant