IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CR-16-1FL

UNITED STATES OF AMERICA )
)
v. )
) SCHEDULING ORDER
JAMES BRIEN COMEY, JR. )
Defendant )

Waiver having been filed and initial appearance scheduled for May 11, 2026, now discontinued, and the clerk having calculated this date July 17, 2026, trial deadline under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the attorneys are ORDERED to conduct pretrial conference on or before **May 29, 2026**. All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41 of the Federal Rules of Criminal Procedure, shall be filed no later than **June 5, 2026.** Responses to motions shall be filed no later than **June 15, 2026.** Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1, summarily may be denied. Motion hearings, as necessary, shall be conducted by a district or magistrate judge in advance of trial.

This case is set for arraignment at 9:30 a.m. **June 30, 2026**, at New Bern, and, upon not guilty plea, for trial commencing **July 15, 2026**. Counsel for each party shall file with the clerk and transmit electronically to Judge Flanagan on or before **July 8, 2026,** (1) list of voir dire questions as required by Local Criminal Rule 24.2; and (2) requests for jury instructions. Local Criminal Rule 24.1. The electronic copies shall be transmitted in Word format to **Documents_Judge_Flanagan@nced.uscourts.gov**.

Any motion in limine shall be filed not later than **July 7, 2026**, where the question or issue bearing on admissibility of evidence reasonably can be contemplated in advance of trial. Where "on a party's motion, the court may hold one or more pretrial conferences to promote a fair and expeditious trial[,]" Fed. R. Crim. P. 17.1, the parties are encouraged to move for such conference if deemed appropriate.

Pursuant to Local Criminal Rule 57.6, if a party has a need for any type of courtroom technology for a hearing or trial, including but not limited to any audio equipment, video equipment, document presentation system, and jury evidentiary recording system, counsel must notify the case manager and request training from the court's information technology staff for the person or persons who will be operating the courtroom technology. Unless excepted by the clerk, no later than seven days before the scheduled proceeding, counsel must file a certification in that form provided by the court's technology staff showing that training has been completed.

Counsel should review all related documentation appearing on the court's website,[1] including information concerning the proper formatting of electronic evidence.[2] It is incumbent upon counsel to alert the case manager at (252) 638-8534 of any issues pertaining to evidence presentation and compatibility of evidence with courtroom technology.

Any request for continuance of arraignment and trial must recite basis for good cause to enable the court to make Speedy Trial Act findings pursuant to 18 U.S.C. § 3161(h), and it must be filed not later than seven days prior to arraignment. A continuance request failing to meet these

---

[1] http://www.nced.uscourts.gov/attorney/crtech.aspx

[2] All electronic evidence must be in the following formats: 1) Documents and Photographs: .pdf, .jpg, .bmp, .tif, .png, or .gif and Microsoft Office compatible formats; 2) Video and Audio Recordings: .avi, .wmv, .mpg, mpg4, .mp3, .wma and .wav. Counsel will use their own presentation devices (e.g., laptop or tablet) to display electronic evidence on the courtroom presentation system and provide the court with a Universal Serial Bus ("USB") flash drive of any evidence presented. Digital Video Discs ("DVDs") or other disc media should be considered a deprecated method of evidence presentation and will require an external drive, not supplied by the court.

requirements, absent extenuating circumstance, summarily may be denied.

SO ORDERED, this the 8th day of May, 2026.

LOUISE W. FLANAGAN
United States District Judge