IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No.: 4:26-CR-00016-FL-RN |
| | ) | |
| James B. Comey, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JAMES B. COMEY JR.'S MOTION TO SUPPRESS AND FOR *FRANKS* HEARING

James B. Comey, Jr., by and through undersigned counsel, and pursuant to Federal Rule of

Criminal Procedure 12(b), moves this Court to hold a hearing under *Franks v. Delaware*, 438 U.S.

154 (1978), and ultimately to suppress the evidence obtained from two search warrants. The first

warrant, obtained one month before indictment, sought the private information of Mr. Comey. The

second warrant, obtained one month after indictment, sought the private information of both Mr.

Comey and his wife Patrice Comey. As explained in the accompanying Memorandum, Mr. Comey

is entitled to a *Franks* hearing and suppression because the affidavits supporting the government's

applications for those search warrants relied upon intentional misrepresentations and omissions of

material facts.

Dated: July 28, 2026

Respectfully submitted,

JAMES B. COMEY, JR.
By Counsel

/s/  Joseph Zeszotarski
Joseph E. Zeszotarski , Jr.
(N.C. Bar No. 21310)
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
Telephone: 919-521-5878
jzeszotarski@ghz-law.com

Local Rule 57.1 Counsel for Defendants

Patrick J. Fitzgerald*
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com

/s/  Ephraim A. McDowell
Ephraim A. McDowell*
(D.C. Bar No. 1631429)
Alexander J. Kasner*
(Cal. Bar No. 310637)
Elias S. Kim*
(D.C. Bar No. 1673678)
Dev P. Ranjan*
(D.C. Bar No. 90019329)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
emcdowell@cooley.com
akasner@cooley.com
ekim@cooley.com
dranjan@cooley.com

Rebekah Donaleski*
(N.Y. Bar No. 4986246)
COOLEY LLP
55 Hudson Yards
New York, NY 10001

Telephone: (212) 479-6000
rdonaleski@cooley.com

Michael R. Dreeben*
(D.C. Bar No. 370576)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562

*Special Appearance pursuant to Local Criminal Rule 57.1(e)*

*Counsel for Defendant James B. Comey, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of July, 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/   Ephraim A. McDowell*
Ephraim A. McDowell

*Counsel for Defendant James B. Comey, Jr.*