# Exhibit A

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

**From:** "ERIC ADAMS (WNC)" <■■■■■■■■■■■■■>
**To:** "Diaz, Gabriel (USANCE)" <■■■■■■■■■■>
**Cc:** "WILLIAM PERRY (WNC)" <■■■■■■■■■■■■■■>, "GARRETT LANSBERRY (WNC)" <■■■■■■■■■■■■■>
**Subject:** [EXTERNAL] RE: James Comey/Emerald Isle, NC
**Date:** Wed, 21 May 2025 22:40:43 +0000
**Importance:** Normal

---

Interview was not recorded and the preservation request should be coming tonight directly to you.

*Eric Adams*
*Resident Agent in Charge*
*U.S. Secret Service*
*Wilmington (NC) Resident Office*
■■■■■■■■■■■

This message is the property of the United States Secret Service and may contain information that is law enforcement sensitive, privileged, or subject to other disclosure limitations. Release or distribution of this message or its contents in any form may be prohibited by federal or state laws, including 5 U.S.C. § 552(b)(5), (b)(7)(C), and (b)(7)(E). If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

**From:** ERIC ADAMS (WNC) <■■■■■■■■■■■■>
**Sent:** Wednesday, May 21, 2025 6:26 PM
**To:** Diaz, Gabriel (USANCE) <■■■■■■■■■>
**Cc:** WILLIAM PERRY (WNC) <■■■■■■■■■■■>; GARRETT LANSBERRY (WNC) <■■■■■■■■■■■■■>; ERIC ADAMS (WNC) <■■■■■■■■■■■■>
**Subject:** RE: James Comey/Emerald Isle, NC

USSS - Standard Sensitive Info

Interview on 5/16/2025.

**Incident:**
■■■■■■■

**What:**
Concerning Statement towards POTUS

**Where:**
■■■■■■■

**When:**
05/15/2025

**Who:**
James COMEY (NRID)

**Summary:**

On 05/15/2025, at 1807 hours EDT, SAIC Adam Daniels, USSS/PID, notified the USSS/PID/PIOC of the following incident:

On 05/15/2025, USSS/CMR notified SAIC Adam Daniels of a concerning post circulating on social media made by Former FBI Director James COMEY (NRID) on his official Instagram account. The alleged post consists of a photo containing the phrase "86 47" written out in seashells at an unknown beach. The post is captioned "Cool shell formation on my beach walk."

**Subject Interview:**

On 05/15/2025, COMEY telephonically contacted USSS/WFO via cell phone number ███████████ and spoke to ATSAIC ███████████, USSS/WFO. COMEY stated he was walking on the beach this afternoon with his wife and saw the seashells arranged in the sand. They initially thought it was an address for a house nearby. COMEY then thought it was a political statement that someone else was making. COMEY took a photo of the seashells and posted the picture. COMEY stated that ███████████ notified him that it might mean something other than what he thought, and he immediately pulled the picture down. COMEY said the photo was up for less than one hour. COMEY did not realize the 86 meant anything violent.

COMEY stated he didn't mean anything threatening towards POTUS. COMEY has no intention to incite violence of any kind.

ATSAIC ██ asked if the USSS could interview COMEY in person. COMEY agreed to talk to USSS agents and suggested tomorrow afternoon would be easiest as they are driving back from the beach in the morning. ATSAIC Lee asked what beach he was at, and COMEY declined to give his location. ATSAIC ██ asked if it was necessary, would we be able to interview him in person tonight and COMEY declined to provide his address as he and his family are in their pajamas getting ready for bed. COMEY agreed to meet with USSS tomorrow, 05/16/2025, at 1500 hours EDT, at his residence located at: ███████████████████████████ ███████

Update 1: On 5/16/25, USSS/WFO contacted COMEY's attorney, David Kelley ███████████ and requested to conduct the interview at WFO rather than at ████████████████████. COMEY agreed to this arrangement through his attorney.

**Subject Interview:**

On 5/16/25 at 1750 hours, James COMEY arrived at USSS/WFO to be interviewed and was met by ATSAIC Jamie Marcella, SA Ryan Marks, USSS General Counsel Richard Giuditta Jr., USSS Deputy Chief Counsel Steven Kaufman, AUSA (EDVA) Peter Osyf, and DHS General Counsel Joseph Mazzara. Comey's personal attorney, David Kelley, was not present but remained on speakerphone during the entire interview. ATSAIC Marcella and SA Marks properly introduced themselves as Special Agents with the US Secret Service and displayed their agency issued credentials. At 1755 hrs, SA Marks advised COMEY of his Miranda Rights, which he acknowledged and verbally waived. COMEY presented a professional appearance, was eager to speak and agreed to the consensual conversation. He answered all questions posed to him, and his attorney never stopped the interview.

COMEY was shown printed screenshots of the Instagram (IG) account with the username "comey", which COMEY confirmed was his. COMEY was shown two posts that were made to his Instagram account on 5/15/25, one being a photo of seashells arranged on a beach displaying the number "86 47", and the second being a post containing an apology and explanation that the previous post had been taken down by him later in the day on 5/15/25. COMEY confirmed that he was the one who uploaded both posts in question.

When asked to explain why he posted the photo of the seashells, COMEY stated that he found them during a walk on the beach with his wife in Emerald Isle, NC on 5/15/25. When the couple first saw the shells, COMEY advised his wife thought it may have been an address number for a beachside house, but then COMEY realized that it was a political message. COMEY stated that he did not place the shells there and did not know who did, but that he thought it was "cool". COMEY stated his wife suggested COMEY should take a picture of them. COMEY stated that he interpreted the number "86" as a term meaning to "ditch, dump, or replace" and the number "47" as representing President Trump. COMEY emphasized that he viewed this message strictly in a non-violent manner. Later that day, COMEY advised his wife suggested he post the photo of the seashells to his IG account. COMEY stated he agreed, and posted it because he thought his followers would also think it was cool. When asked what message he intended to convey by posting the picture, COMEY stated that he wanted to convey that he thought it was cool that people could express their political reservations about President Trump in expressive ways.

012061

Later in the day on 5/15/25, COMEY's wife, Patrice Comey, was contacted via text message by ████████ to tell her that COMEY's post was being interpreted by some as a call to violence against President Trump. COMEY stated that when his wife told him of this, that he was shocked and became deeply concerned. COMEY then removed the post from his IG account and posted an apology that explained why he removed the photo and emphasized his opposition to violence of any kind.

COMEY stated that, though he is "a political opponent" of President Trump and that the two have had numerous and public disagreements, that he wishes no harm would come to the President. COMEY stated did not feel that the post was reckless, because at the time he did not perceive that people would have a dark way of taking his message.

COMEY stated that he does not use illegal drugs, or any prescription drugs related to mental health. COMEY advised he has never been seen by a mental health professional or been diagnosed with a mental health condition. COMEY stated he has received no specialized training in weapons, ████████████████████ ████████████████████████████████████████████████ COMEY agreed in principle to signing an SSF 1945, Authorization to Review Medical and Mental Health Files, but preferred to speak privately with his attorney before doing so. COMEY was given a blank copy of the form that he took with him.

COMEY was thanked for his cooperation, and the interview concluded at 1834 hours on 5/16/25.

**Corroborative Interviews:**
At 1111 hours on 5/17/25, ATSAIC Marcella telephonically contacted Patrice Comey, wife of James COMEY, phone number ████████████ Patrice Comey recounted the events leading up to the posting of the seashell photo and remarked that when the couple first found the seashells, she recalled the term "86" from her time as a waitress. In that context, "86" meant that the restaurant was out of something, "like we're 86 on broccoli." Comey stated she thought the term could also refer to dump or get rid of an item in a non-violent way, and that she thought her husband shared the same viewpoint of the term "86". Comey stated that she did not know who placed the seashells on the beach. Comey stated that sometime around 1600 hours on 5/15/25, she received a text message from ████████████████, stating that the post that her husband had made was a call to violence against President Trump. Since this had not occurred to her, Comey googled the numbers "86 47" and learned that it could be interpreted in a violent manner. Comey immediately notified her husband, who then took down the post. Comey emphasized that, even though her and her husband are outspoken opponents of President Trump, that they are not violent people and wish no harm would come to anyone. Comey was thanked for her time and agreed to provide contact information to ATSAIC Marcella for ████████████████ ████████ The interview concluded at 1122 hours.

At 1218 hours on 5/17/25, ATSAIC Marcella telephonically contacted ████████████████████ James and Patrice COMEY, phone number ████████████████ ████ agreed to talk and was familiar with the IG posts that ████ ████ had made. ████ stated that ██ does not use IG, and first learned about the post when a friend sent ██ a screenshot of the seashell photo via text message on 5/15/25. ████ has worked in the restaurant industry and is familiar with the term "86" meaning that a restaurant is out of a food or an ingredient. In the case of the photo, however, ████ immediately perceived the term "86 47" as a call to get rid of, in a violent way, or even to assassinate President Trump. ████ stated that ██ then contacted ████████, Patrice Comey, via text message, to voice ██ dissatisfaction and frustration with the IG post. ⌜Redacted⌟ agreed to read the text conversation from ██ phone to ATSAIC Marcella which lasted from 1652 hours (CT) to 1728 hours (CT) on 5/15/25. ████ and Patrice Comey have differing political views, and the text conversation involved a back-and-forth discussion as to whether the term "86" had a violent connotation or not, ████ believing it did so, Comey disagreeing. ████ stated that ██ believed, based on ████████ extensive experience as a lawyer and with the FBI, that ██ must have known that "86 47" was a call for violence. ████ was thanked for ██ time and the interview concluded at 1225 hours.

*Eric Adams*
*Resident Agent in Charge*
*U.S. Secret Service*
*Wilmington (NC) Resident Office*

This message is the property of the United States Secret Service and may contain information that is law enforcement sensitive, privileged, or subject to other disclosure limitations. Release or distribution of this message or its contents in any form may be prohibited by federal or state laws, including 5 U.S.C. § 552(b)(5), (b)(7)(C), and (b)(7)(E). If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

**From:** Diaz, Gabriel (USANCE) <​█████████████​>
**Sent:** Wednesday, May 21, 2025 6:22 PM
**To:** ERIC ADAMS (WNC) <​█████████████​>
**Subject:** FW: James Comey/Emerald Isle, NC

Eric – good talking with you on the phone. As mentioned, I've been ordered to open this case in EDNC. My initial thoughts for right now are: 1- if it hasn't occurred yet, we need a preservation request to the social media co. that he posted to (I believe Instagram); 2- while you are out there tomorrow trying to locate where these shells were placed see if any possible video cameras pointing out to the beach there; and 3- do we know, if not attempt to locate who the neighbor is that apparently gave Comey double middle fingers. Please give me a buzz on numbers below if anything comes up tomorrow.

Respectfully,

Gabriel J. Diaz
Assistant United States Attorney
National Security Section
Eastern District of North Carolina
█████████████
█████████████

**From:** Dodson, Robert (USANCE) <​█████████████​>
**Sent:** Wednesday, May 21, 2025 5:22 PM
**To:** Diaz, Gabriel (USANCE) <​█████████████​>
**Subject:** Fw: James Comey/Emerald Isle, NC

Robbie Dodson
Criminal Chief
Eastern District of North Carolina
█████████████

Get Outlook for iOS

**From:** ERIC ADAMS (WNC) <​█████████████​>
**Sent:** Wednesday, May 21, 2025 4:43:46 PM
**To:** Dodson, Robert (USANCE) <​█████████████​>
**Cc:** ERIC ADAMS (WNC) <​█████████████​>; JASON BYRNES (CLT) <​█████████████​>
**Subject:** [EXTERNAL] James Comey/Emerald Isle, NC

Sir, good afternoon. I spoke with SAIC Byrnes regarding this investigation and tomorrow three of us from the WNC RO will travel to Emerald Isle, NC and conduct a canvass at the beach of the reported incident in Emerald Isle for the reported shell formation as well as canvass for potential video footage of the incident.

The Emerald Isle Chief of Police Michael Panzarella sent the attached Informational Report, including screenshots, investigative report, text messages, voicemail, and residence image to me on 5/16/2025. I just spoke (5/21/2025) with Chief Panzarella and he stated the attached report is his final report.

Sincerely,

*Eric Adams*
*Resident Agent in Charge*
*U.S. Secret Service*
*Wilmington (NC) Resident Office*

This message is the property of the United States Secret Service and may contain information that is law enforcement sensitive, privileged, or subject to other disclosure limitations. Release or distribution of this message or its contents in any form may be prohibited by federal or state laws, including 5 U.S.C. § 552(b)(5), (b)(7)(C), and (b)(7)(E). If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

012064