# Exhibit C

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

**From:** WFO.PIDUTYDESK < ███████████████████████ >
**Sent on:** Friday, May 16, 2025 1:01:13 AM
**To:** JAMIE MARCELLA (WFO) < ████████████████ >; NATHAN WINKELFOOS (WFO) < ███████████ >
**CC:** RYAN MARKS (WFO) < ██████████████ >; SERBAN CONSTANTINIDE (WFO) < ███████████ >; WILLIAM SIRYANI (WFO) < ██████████ >
**Subject:** Re: James Comey Threats to POTUS

Good evening,

Just so everyone is tracking, per SAIC ██████ , AT ███ will be calling James Comey. The call will be made in the next few minutes.

PIDD

---

**From:** WFO.PIDUTYDESK
**Sent:** Thursday, May 15, 2025 7:39 PM
**To:** JAMIE MARCELLA (WFO) < ████████████████ >; NATHAN WINKELFOOS (WFO) < ████████████ >
**Cc:** RYAN MARKS (WFO) < ████████████████ >; SERBAN CONSTANTINIDE (WFO) < █████████████████████ >; WILLIAM SIRYANI (WFO) < █████████████████ >
**Subject:** James Comey Threats to POTUS

Good evening,

The PIOC called the PIDD to inform us that former FBI Director James Comey posted a threat on Instagram against POTUS. The post "86 47" is being interpreted as a call to kill POTUS Trump. The PIOC is trying to figure out the location of Comey. HE is apparently █████████████████████████████████████████████ If his location is confirmed to be in WFO's district, the PIOC wants prowler to go interview him tonight. This request is coming from the AD and the SAIC of PID. The Instagram post is all over national media, to include posts from FBI director Patel as well as Trump JR. Please see the Instagram post below.

PIDD

013310