# Exhibit D

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

 Outlook

## Comey Incident notes

From ████████████████ (WFO) ████████████████

Date  Fri 5/16/2025 4:46 PM

To    ████████ (NCF) ████████████████

Cc    ████████████ (WFO) ████████████████



📎 4 attachments

Telephonic Interview of James Comey; FW: Telephonic Interview of James Comey; FW: Telephonic Interview of James Comey; RE: // ACTION REQUIRED // INC-25-03703 R1: Former FBI Director James COMEY (NRID) posted a concerning message toward POTUS on Instagram.;

On 5/15/25, at 1948 hours, I received a call from AT J████████. ATSAIC ████ was working as the afternoon shift supervisor on the WOC. ████ informed me of the incident in which former FBI Director James Comey was suspected of posting a picture of seashells on his Instagram account which were considered threatening.

Between 2000 to 2400 hours numerous phone calls were made between WFO/PI, WFO/WOC Sup and PID/PIOC on the landline phones in the WOC. The PIOC (reportedly from the AD/SII ████████) requested WFO Prowler respond to Comey's residence ████████████ to see if he was home. Prowler agents did go to the house and knock on the door, with no answer.

The main phone for the WOC/Supervisor was not working, so I used a secondary line ████████████.

Since Comey declined to provide his location that night (even though he agreed to meet with us on Friday), ████ asked me about the possibility of pinging Comey's cell phone. I said it could be done, but it was a bad idea. To declare an exigency exemption, we needed to believe that there is an imminent threat to life or limb. At that time we did not believe that anyone's life was in immediate danger and legally it was a bad idea to ping the phone.



Call Log for my cell phone:
5/15/25
1948 – ATSAIC ████████████ – my initial notification on the incident
2046 – ASAIC ████████████ – asked me to call James Comey to determine his location and see if he would consent to a USSS interview
2053 – SAIC ████████████ – also asked me to call James Comey and wanted it done ASAP
2058 – ATSAIC ████████████
2105 – SAIC ████████ – I informed him I had called Comey's cell phone but it went to VM. I left a VM for him to call me back at the WOC
2106 – PIOC ATSAIC
2106 – PIOC ATSAIC
2109 – ASAIC ████████████
2110 – ATSAIC ████████████ – informed him that the AD of SII was requesting Prowler to go to Comey's residence i████████████ to see if he was there.
2112 – SAIC ████████
2117 – SAIC ████████ – incoming call that I missed because James Comey called me back on the WOC phone
2123 – ████████ – outgoing call, he didn't pick up
2131 – ████████ – incoming call. ████ asked how quickly we could ping the phone via exigency if we had to. I said we could do it quickly, but I argued against taking this option. I suggested that pinging the cell phone is legally questionable. ████ agreed with me but said we might anyway.

2140 – SAIC ██████ – incoming call
2152 – ASAIC ████████ – outgoing call
2257 – SAIC ██████ – incoming call – he asked me to call Comey back and see if he would meet at WFO for the interview at 3pm on Friday
2303 – SAIC ████████ – outgoing call – I told ██████ that I had left a VM on Comey's cell phone. The VM asked Comey to come to WFO at 3pm for the interview instead of 3pm at his residence, I left the phone number for him to call us back if needed. I also provided Comey with the address of WFO.

Cell Calls on 5/16/25
0801 – missed call from ASAIC ██████████
1211 – SA G████████ – I called ██████. He confirmed that they were asked to ping James Comey's cell phone, physical surveillance was established by other field offices as Comey was driving north from a beach on the outer banks of NC. I suggested that ██████ make note of who he had talked to and make notes of the incident.
1215 – Call from PIOC ATSAIC ██████████ – he asked if I had any updates, but since I had been working the midnight supervisor (Off work at 5am), I was not aware of additional details except that I had learned they were pinging the cell phone and surveilling Comey on the drive. ██████ stated that the meeting was still scheduled for 3pm at WFO and that POTUS was requesting a copy of the interview notes to use in his 6pm press conference.
1218 – ██████████████████ – I called to talk to ████. He informed me was asked by the SAIC to ping the cell phone of James Comey via exigency. He submitted the paperwork with hesitation. I suggested he make notes of the incident and who he talked to.
1300 – ASAIC ██████ – he said to refer questions to ATSAIC ██████████████████ is the lead on this PI issue. He said the "#3 guy at DOJ" wanted to ping the cell phone via an exigency request. ██████ told me that Comey's lawyer had called the WOC back, it wasn't Comey himself. This matter is a PI issue and the criminal squad shouldn't be handling it, even though he had been called into the SAIC's office that morning.

██████████
Assistant to the Special Agent in Charge
U.S. Secret Service
Washington Field Office
Cyber Fraud Task Force
██████████████████



013417