# Exhibit G

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

**From:** &lt;████████████████████████&gt;

**Sent on:** Friday, May 16, 2025 11:39:44 AM

**To:** ████████████████████ WFO) &lt;██████████████████████&gt;

**Subject:** Verizon Emergency Information Request 25332562-0

**Attachments:** EXIGENT.pdf (98.35 KB)

To: ████

To Email: ███████████████████

From Representative: VSAT

From Phone Number: ██████████

From Fax Number: ███████████

Case ID: ██████████

**Comments:**

Please complete the attached Emergency Information Request form and fax it to ██████████

# Please note, VzW fax numbers have changed to:



Please note that the time reflected on any call detail report or bill copy is reflective of the switch that processed the call, which may not be the same as the clock time at the cell site where the call was initiated. The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure.If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.

013421

# EMERGENCY SITUATION DISCLOSURE



**Email:** ██████████████████

**Upon receipt and review of this completed form**, Verizon may divulge records or other information to governmental entities in certain emergencies, pursuant to 18 U.S.C. §2702(b) (8) or §2702(c) (4) or an equivalent state law. Please complete this form and **immediately** fax it back to Verizon a██████████████

**Case #:** ████████

**Analyst Name:** ██████████

**Date of Request:** 05/16/25

**RE: Phone Number, IP address or Subscriber:** ████████████

*Does this request relate to an emergency involving danger of death or serious physical injury to a person, necessitating disclosure without delay of information relating to that emergency?*

☐ **YES**   ○ **NO**

## Type of Records Being Requested:

☐ Subscriber Information
☐ Last Known Location Information
☐ Periodic Location Updates (15 Minute Intervals) How long are you requesting location updates? ____ Hours

**Email for Updates:** _____

*Note: Location Updates will be provided at 15 minute intervals, but only during the emergency situation. You must notify Verizon when the situation is no longer emergent. In any event, location updates will not be provided more than 48 hours without a warrant.*

Additional Historical Records Requested:

☐ Incoming and outgoing call detail to and from target phone. Includes time/date.
   ○ W/Cell Sites   ☐ W/Out Cell Sites
☐ SMS Detail - Incoming and outgoing text message detail to and from target phone. Includes time/date.
**Time Frame For Additional Records Requested Above:** 05/16/25 - 05/16/25

☐ Hotline Service (Suspend Service)
Options (check only one):
○ Deny outgoing
☐ Deny incoming
☐ Deny text messages
☐ Deny all of the above
☐ Hotline outgoing to _____ and allow incoming
☐ Hotline outgoing to _____ and block incoming (NO incoming calls, including from LEA)

**Additional Comments and/or Information/Service Change Requests:**

Verizon confidential and proprietary. Unauthorized disclosure, reproduction or other use is prohibited. 3/2024

Name: ████
Rank/Title: _____
Law Enforcement Agency: US SECRET SERVICE WASHINGTON DC
Phone: ██████████
Dispatcher/Badge Number/Government ID (if applicable): _____
Fax: _____
Address: ████████████████
Email Address: _____

I certify that the foregoing is true and correct and understand that Verizon may rely upon this form to make an emergency disclosure to my law enforcement agency or governmental entity pursuant to 18 U.S.C. § 2702(b)(8) or § 2702(c)(4).

Requesting office/agent signature: _____   Date: _____

Verizon confidential and proprietary. All information contained herein should be considered confidential. If you have received this, please do not disclose, copy, reproduce or distribute to anyone other than an authorized governmental or law enforcement official (3/2024)

013422

**From:** JAMIE MARCELLA (WFO) <██████████████████>

**Sent on:** Friday, May 16, 2025 11:15:04 PM

**To:** ROBERT KLOCKER (WFO) <████████████████████>; JASON BUCKLEY (WFO) <█████████████████>; SAMUEL INFANTE (WFO) <█████████████████>; HUNTER HOWARD (WFO) <█████████████████>; CATHERINE JUSTUS (WFO) <█████████████████>; JOSHUA POORE (WFO) <█████████████████>; RYAN MARKS (WFO) <█████████████████>; NICHOLAS CALVANI (PID) <█████████████████>; ██████████████ (WFO) <█████████████████>; SERBAN CONSTANTINIDE (WFO) <█████████████████>; DOMINIC HAYES (WFO) <█████████████████>; DALTON SANDS (WFO) <█████████████████>

**CC:** NATHAN WINKELFOOS (WFO) <████████████████████>; ██████████████ (WFO) <█████████████████>

**Subject:** Outstanding work

USSS   Standard Sensitive Info

Good evening everyone,
We wrapped up the Comey interview a short while ago and I wanted to take a moment to thank everyone for your contributions last night and today.  Just like we often do in PI, we were tasked with coming together to put out a fire and deal with PI-related issues that have/had political and far reaching consequences.  You all contributed, some in non-traditional ways, to this issue being resolved in a professional and efficient manner.  Thank you for your dedication and willingness to step up and help each other out.  This incident will constitute a story that we will be telling for the rest of our careers,
Thank you

Jamie Marcella
Assistant to the Special Agent in Charge
Department of Homeland Security / U.S. Secret Service
Washington Field Office

013423