# Exhibit I

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

## PTMS NON-REFERRED CASE ABSTRACT

**CASE TITLE:** COMEY James Brien

**CASE NUMBER:** ███████████    **DATE ESTABLISHED:**    05/16/2025

**CASE STATUS:** Active

012775