# Exhibit K

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Opening EC        **Date:** 11/12/2025

**From:** CHARLOTTE
      **Contact:** SA APRIL FLOYD, ██████████████

**Approved By:** KRUG STEPHANIE M
      Kathryn L. Swinkey
      NATHAN E. OUBRE
      James C. Barnacle

**Drafted By:** SA APRIL FLOYD

**Case ID #:** ████████████      (U) SUBJECT:JAMES BRIEN COMEY, JR; VICTIM: DONALD JOHN TRUMP; EMERALD ISLE, NC; THREATENING - HARASSING COMMUNICATIONS (INTERNET - TELEPHONE); SIM SENSITIVE INVESTIGATIVE MATTER SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U) To open a full investigation.

**Administrative Notes:** (U) The CDC reviewed the matter and concurs with the opening of a full investigation involving a SIM.

**Package Copy:** (U) Letterhead memorandum for dissemination.

**Enclosure(s):** Enclosed are the following items:
1. (U) Letterhead memorandum for dissemination.

**Details:**

On or about May 15, 2025, former Federal Bureau of Investigation (FBI) Director, James Brien Comey (Comey), Jr., [ Redacted ] posted a photograph to his Instagram account of seashells that were assembled on what appeared to be a beach and depicted the numbers "4786." On October 30, 2025, the United States Attorney's Office for the Eastern District of North Carolina contacted FBI Charlotte and requested

UNCLASSIFIED

005801

Title:  (U) Opening EC
Re:  ██████████, 11/12/2025


assistance with this matter and to open an investigation.

The Sensitive Investigative Matter in this case is former FBI Director, James Brien Comey, Jr.

On October 30, 2025, FBI Charlotte notified the Criminal Investigative Division (CID) Assistant Director (AD), Jose Perez, and Associate Deputy Director (ADD), Chad Yarbrough, of the opening of the captioned investigation.

First Assistant United States Attorney, Philip Aubart, for the Eastern District of North Carolina, concurred in opening the investigation. In discussion with First Assistant United States Attorney Aubart, the alleged violations of criminal statutes are: 18 U.S.C. 875C-Interstate Communications and 18 U.S.C. 871A-Threats Against the President.


♦♦

005802