# Exhibit L

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/17/2025

(U) On 7 November 2025, FBI SA April Floyd received the US Secret Service case file from the US Attorney's Office, Eastern District of North Carolina, Supervisory Paralegal of the Criminal Division, **Redacted**

**UNCLASSIFIED//FOUO**

Investigation on   11/07/2025   at   Wilmington, North Carolina, United States (Email)

File # ▮▮▮▮▮▮▮      Date drafted   11/17/2025

by   Stacy Hamilton, SA APRIL FLOYD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.