# Exhibit M

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

Date of entry _____12/01/2025_____

(U) On 17 November 2025, FBI SA April Floyd received the US Secret Service case file from the US Attorney's Office, Eastern District of North Carolina, Supervisory Paralegal of the Criminal Division, | **Redacted** |

Investigation on  11/17/2025  at  Wilmington, North Carolina, United States (Email)

File # ▮▮▮▮▮▮▮▮▮▮                                          Date drafted  11/25/2025

by  Stacy Hamilton, SA APRIL FLOYD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.