# Exhibit N

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Non-Custodial, Overt Interview      **Date:** 04/21/2026

**Approved By:** SAS SAURER JESSICA LEE

**Drafted By:** DESHAZO KEVIN S

**Case ID #:** ███████████

**Details:**

Non-custodial, overt interview of SA April Floyd, SA Mariane Zaytoun, EDNC First Asst USA Phil Aubart and ████████████████████████████

**Collected From:** (U) April Floyd

**Receipt Given?:** No

**Holding Office:** CE - CHARLOTTE

| Item Type | Description |
|---|---|
| 1D | (U) Non-custodial, overt interview of SA April Floyd, SA Mariane Zaytoun, EDNC First Asst USA Phil Aubart and [Redacted], 4/13/2026, [Redacted] <br> Collected On: 04/15/2026 11:06 AM EDT <br> Collected By: SA APRIL FLOYD <br> ELSUR Evidence Type: Interview - Non-Custodial (Overt) <br> Media Type: CD/DVD/Blu-ray <br> Original Type: Original - Physical Media <br> Surveillance Start: 04/13/2026 <br> Surveillance End: 04/13/2026 |

♦♦

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.