# Exhibit O

**AUDIO FILE PROVIDED TO COURT ON FLASH DRIVE UNDER SEAL**