# Exhibit P

**DOCUMENT SEALED PURSUANT TO PENDING MOTION TO SEAL**

 Outlook

**Redacted**

Date Mon 4/13/2026 4:24 PM

To Floyd, April Burns (CE) (FBI) ███████

Case 4:26-cr-00016-FL-RN    Document 43-16    Filed 07/28/26    Page 2 of 17

006075

8:49 AM

Thu, May 15 at 4:52 PM

I have held my tongue for a long time, but I just can't do it anymore. You guys have really gone off the deep end over the years with your TDS. "86 47" is a call for violence no matter how you spin it. You should be ashamed of yourselves. I am thoroughly embarrassed to have ever defended the absolute coward that is your husband. You and Jim are some of the least accepting, most hypocritical people I've had the displeasure of knowing. I hope Jim goes to jail for his crimes.

4:52 PM



**Redacted**

006077

006078

**Redacted**

... 5G 79

**Redacted**

006079



**ing '8647' Symbol for Vi**
**t Trump, Musk**

**Redacted**

**Redacted** Now that you said what you said and I googled and saw the right wing narrative about the numbers,

5:05 PM

5:05 PM

006080

006081



**Redacted**

3:21 .ıll 5G 79

8647' Sym... r Vi
t Trump, Mus...

🚫 Patrice ›

5:05 PM

**Redacted** Now that you said what you said and I googled and saw the right wing narrative about the numbers, Jim will take down the post. Thank you. **Redacted**

5:05 PM

**Redacted**

006082



**Redacted**

006083

006084

**Redacted**

006085

**Redacted**

006086

006087

**Redacted**

006088



Case 4:26-cr-00016-FL-RN    Document 43-16    Filed 07/28/26    Page 16 of 17

006089

Case 4:26-cr-00016-FL-RN    Document 43-16    Filed 07/28/26    Page 17 of 17

006090