# Exhibit Q

**DOCUMENT SEALED PURSUANT TO PENDING MOTION TO SEAL**