# Exhibit Y



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Review of FBI New York Field       **Date:** 11/20/2025
Office Gambino Case File

**From:** CHARLOTTE
I-05
**Contact:** Stacy Hamilton, ███████████

**Approved By:** David B Eatmon
KRUG STEPHANIE M

**Drafted By:** Stacy Hamilton
SA APRIL FLOYD

**Case ID #:** ████████████     (U) SUBJECT:JAMES BRIEN COMEY, JR; VICTIM:
DONALD JOHN TRUMP; EMERALD ISLE, NC;
THREATENING - HARASSING COMMUNICATIONS
(INTERNET - TELEPHONE); SIM SENSITIVE
INVESTIGATIVE MATTER
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U//FOUO) This EC documents a review of FBI New York Field
Office's Gambino case file for references to James Comey and "eighty-
six."

**Details:**

(U//FOUO) On 19 November 2025, SA April Floyd requested a review of FBI
New York Field Office's Gambino case file for any reference to "eighty-
six" or "86" as it pertains to James Comey (Comey). The US Attorney's
Office for the Eastern District of North Carolina received information
from an unknown source that during the investigation/prosecution of the
Gambino family, the association of "eighty-six" and putting a hit on
someone for them to be murdered was revealed.

(U//FOUO) According to LexisNexis CourtLink, Comey, who was an Assistant
United States Attorney (AUSA) at the time, assisted in the prosecution of
1:88CR919 - United States of America v. Gambino et al beginning in

UNCLASSIFIED//FOUO

005829

Title:  (U//FOUO) Review of FBI New York Field Office Gambino Case File
Re:  ████████, 11/20/2025


November 1981.

(U//FOUO) A review of 92A-NY-9282 (GAMBINO LCN FAMILY GUITIERREZ) for serials pertaining to Comey revealed six (6) serials (4382, 4392, 4393, 4394, 4398, and 4713). All six (6) serials were import files of the old case file. Each reference to Comey referred to news article clippings that were retained by the case team and did not mention eighty-six. Further, a review of the case file for the terms "eighty-six," "eighty six," and "86" did not yield any relevant returns.


◆◆

005830