# Exhibit AA

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication



**Title:** (U//FOUO) Key Word Search of Historical Transcripts          **Date:** 04/23/2026

**From:** CHARLOTTE
I-05
**Contact:** Jordan Lawrence ████████████

**Approved By:** SIA David B Eatmon
SSRA KRUG STEPHANIE M

**Drafted By:** Jordan Lawrence

**Case ID #:** ████████████

**Synopsis:** (U//FOUO) This EC documents a request from First Assistant Phil Aubart and SA April Floyd to conduct a key word search through 25 historical court transcripts from the 1988 Gambino trial, case number 9(S) 88 Cr. 919.

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Historical transcripts and email providing key words.
2. (U//FOUO) Historical transcripts and email providing key words.

**Details:**

(U//FOUO) At the request of the US Attorney's Office Eastern District of North Carolina First Assistant Phil Aubart and SA April Floyd, a key word search was conducted on 25 historical court transcripts from case number 9(S) 88 Cr. 919, US District Court - Southern District of New York vs. Giovanni Gambino, Giuseppe Gambino, Lorenzo Mannino, and Matteo Romano.

(U//FOUO) On 16 April 2026, SA April Floyd and SSRA Stephanie Krug provided direction to use the following words, provided by First Assistant Phil Aubart, to conduct the key word search:

- Eight-six
- Eighty-six

005896

Title:  (U//FOUO) Key Word Search of Historical Transcripts
Re:  ███████████, 04/23/2026

- 8-6
- Assassinate
- fix

(U//FOUO) Upon conclusion of the key word search, the following results were found:

| Document Title | Page # | Key Word Hit | Statement | Context |
|---|---|---|---|---|
| 88 CR 919 Document 361  Part 6 April 14 1993 | 4185 | Fix | "I told them that I had fixed the outcome of some trials." | Answer to a question asked by Carnesi during cross-examination. |
| 88 CR 919 Document 361 Part 4 April 12 1993 | 3917 | Fix | "On two different occasions at two different trials I bribed jurors to fix the outcome of the verdict." | Answer a question asked by Comey. |
| 88 CR 919 Document 361 Part 5 April 13 1993 | 4033 | Fix | "Judge, the government intends to elicit from Mr. Gravano testimony to the extent that John Gambino allegedly came to him, Gravano, with an offer to help fix a case in the Eastern District where Edward Lino was a defendant." | Stated by Santangelo. |
| 88 CR 919 Document 362 Part 1 May | 5988 | Fix | "And they fix the raffle. Everything from | Stated by Comey during Comey - |

Case 4:26-cr-00016-FL-RN    Document 43-27    Filed 07/28/26    Page 3 of 5

005897

Title:  (U//FOUO) Key Word Search of Historical Transcripts
Re:  ████████, 04/23/2026

| | | | multi, multikilogram of heroin deals to having a little kid slip the ticket between<br>his fingers so a little kid can pull it out, and we know who<br>won the car." | Summation. |
|---|---|---|---|---|
| 88 CR 919 Document 362 Part 2 May 20 1993 | 6107 | Assassinate | "There is no proof those guns were ever used to assassinate anybody." | Stated by Carnesi during Carnesi – Summation. |
| 88 CR 919 Document 362 Part 2 May 20 1993 | 6145 | Fix | "It makes absolutely no sense. It has nothing to do with anything. They have fixed<br>the days. They created the whole thing and they worked<br>their way backwards, that's what this is about." | Stated by Carnesi during Carnesi – Summation. |
| 88 CR 919 Document 362 Part 3 May 21 1993 | 6248 | Fix | "…have him pour other hundreds and hundreds of photographs, so they could get a fix on the fellow, the guy introduced to him as Matteo." | Stated by Leader during Summation – Leader. |
| 88 CR 919 | 6564- | Fix | "The 20th Avenue | Stated by |

Case 4:26-cr-00016-FL-RN    Document 43-27    Filed 07/28/26    Page 4 of 5

005898

Title: (U//FOUO) Key Word Search of Historical Transcripts
Re: ███████████, 04/23/2026

| | | | | apartment. Sure, if they found the apartment you know what they would say? We fixed it, just like Lorenzo's driveway." | Fitzgerald during Fitzgerald – summation. |
|---|---|---|---|---|---|
| Document 362 Part 5 May 25 1993 | 6565 | | | | |

(U//FOUO) Analyst note: There were additional instances in which some of the key words were responsive in the transcripts; however, those responses were not relevant to the investigation. Those results were not documented in this EC.



Case 4:26-cr-00016-FL-RN    Document 43-27    Filed 07/28/26    Page 5 of 5

005899