# Exhibit CC

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    05/07/2026

██████████████████████, a contractor for the Federal Bureau of Investigation (FBI), telephone number of████████████, was interviewed on 05/06/2026. FBI SA April Floyd interviewed ██████ over the telephone. The interview began at approximately 12:13pm. **(Writer's Note: Investigators discovered an Electronic Communication that named ██████ as being an FBI Special Agent that worked on a case involving the Gambino crime family.)** After being advised of the identity of the interviewing agent and the nature of the interview, ██████ provided the following information:

**Below is an interview summary. It is not intended to be a verbatim account and does not memorialize all the statements made during the interview.**

Before ██████ retired and became a contractor for the FBI, he was a Special Agent with the FBI and worked organized crime cases in New York. ██████ was familiar with the term "86" and used it and heard others use it throughout his life. ██████ never understood the term "86" to mean to kill. ██████ did not recall any instances in which he heard organized crime subjects or sources use "86" to mean to kill someone. ██████ interpreted the term "86" to mean to "get rid of it."

██████ had spoken on the phone with Salvatore "Sammy the Bull" Gravano (Gravano), but he had not met him in person. ██████ cautioned SA Floyd about Gravano's reliability as it related to providing testimony in a trial and mentioned ████████████████████████████████████████████ ██████████████████████████ ██████ advised he would think about SA Floyd's inquiries about the term "86" and if he had any further information to provide, he would contact her at a later date. ██████ also advised there were not many "guys" around that worked with him on the Gambino cases, but he would reach out and see if any of them had any information to provide.

The interview concluded at approximately 12:13pm.

---

Investigation on  05/06/2026  at  Wilmington, North Carolina, United States (Phone)

File # ██████████████

Date drafted  05/06/2026

by  SA APRIL FLOYD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.