# Exhibit DD

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**



Date of entry     __05/07/2026__

██████████████, a Special Agent for the Federal Bureau of Investigation (FBI), telephone number of ██████████ was interviewed on 05/06/2026. FBI SA April Floyd interviewed █████ over the telephone. The interview began at approximately 2:36pm. **(Writer's Note: Investigators discovered an Electronic Communication that named █████ as being an FBI Special Agent that worked on a case involving the Gambino crime family.)** After being advised of the identity of the interviewing agent and the nature of the interview, █████ provided the following information:

**Below is an interview summary. It is not intended to be a verbatim account and does not memorialize all the statements made during the interview.**

█████ worked organized crime cases for the FBI in New York for a "very long time." █████ had been with the FBI for approximately thirty (30) years. █████ was the "last surviving member" of FBI New York's C-16, which, before being disbanded, operated out of the Brooklyn/Queens Resident Agency (RA). Originally, FBI New York had five (5) Organized Crime squads, one (1) for each of the five (5) main organized crime families. C-16 was tasked with investigating the Gambino crime family.

█████ had interacted with Salvatore "Sammy the Bull" Gravano (Gravano) in person. █████ was a case agent on the Salvatore "Fat Sal" Mangiavillano (Mangiavillano) case. Mangiavillano was involved in a plot to kill Gravano.

█████ advised he would reach out to SA Floyd once he had the opportunity

Investigation on   05/06/2026   at   Wilmington, North Carolina, United States (Phone)

File # ███████████

Date drafted   05/07/2026

by   SA APRIL FLOYD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

█████████████

(U) Interview of FBI SA █████████ -

to review some of his old cases and source reporting documents.

The interview concluded at approximately 3:00pm.

007628