# Exhibit EE

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication



**Title:** (U) Open Source Queries on "86"    **Date:** 05/07/2026

**From:** CHARLOTTE
      I-05
        **Contact:** Hanna Claire Olson ████████████

**Approved By:** SIA David B Eatmon
          SSRA KRUG STEPHANIE M

**Drafted By:** Hanna Claire Olson
        Jordan Lawrence

**Case ID #:** ████████████

**Synopsis:** (U) This EC documents a request from United States Attorney W. Ellis Boyle to FBI Charlotte SAC Reid Davis to conduct open source queries to identify if the term "86" has been utilized to mean "to kill."

**Enclosure(s):** Enclosed are the following items:
1. (U) Open Source Queries on "86"
2. (U) Open Source Queries on "86"
3. (U) Open Source Queries on "86"
4. (U) Open Source Queries on "86"

**Details:**

(U) At the request of United States Attorney W. Ellis Boyle to FBI Charlotte SAC Reid Davis, writer conducted open source queries to identify if the term "86" has been utilized to mean "to kill."

(U) A Google search was conducted to identify if the term "86" has been utilized to mean "to kill."

(U) According to a New York Times article, published on 3 February 1991, US Army Specialist Donna Brown made the following statement, ""I hate to see guys always getting eighty-sixed," she said, using military jargon for killed in action. "Not fair."."

UNCLASSIFIED

Title:  (U) Open Source Queries on "86"
Re:  ██████████  05/07/2026

(U) According to a Yahoo! News article, published on 5 May 2026, "In a 1990 story about a white supremacist who had been convicted of murder, for instance, the Associated Press quoted a witness who testified that the defendant had told him "I just eighty-sixed" the victim."

(U) Google AI and ChatGPT searches were also conducted and queried with the following four questions.

1. Has the term 86 ever been utilized to describe to kill?
2. How has the term 86 been used in the military?
3. How has the term 86 been used in law enforcement?
4. How has the term 86 been used in the entertainment industry?

(U) Positive findings have been summarized below.

(U) According to Google AI, the term has appeared in military and law enforcement contexts to mean "eliminating" or "terminating" an enemy or target. Additionally, Google AI describes an urban legend that the term originated from mobsters burying bodies "8 miles out and 6 feet under." Cassell's Dictionary of Slang lists "to kill, to murder; to execute judicially" as an alternative definition for the term. According to the New York Times, in the novel *Widespread Panic,* written by James Ellroy, "the term is used to describe a character being "86'd", which contextually implied being murdered or eliminated."

(U) According to ChatGPT, some sources suggest it was used by gangsters or in speakeasies as a discreet code for murder or getting rid of someone. Additionally, it later came to mean "kill" in movies, TV shows, and novels. ChatGPT described "Gangster and crime movies (1940s-1960s): "86" often appears as a coded way of saying someone has been eliminated." By the 1970s-1980s, "86" had entered general pop culture: "86'd" could mean fired, banned, rejected, or killed depending on context.

(U) The responses from New York Times, Yahoo! News, Google AI and ChatGPT are attached hereto digital 1A.

[*Analyst Note*: The contents of this EC are not an exhaustive list of information on the Internet due to the expansiveness of information. They

007624

Title:  (U) Open Source Queries on "86"
Re:  ███████████  05/07/2026


are limited in scope to the use of the terms and context requested.]


♦♦

007625