# Exhibit FF



007580