# Exhibit GG

**DOCUMENT REDACTED PURSUANT TO PENDING MOTION TO SEAL**

Has the term 86 ever been utilized to describe to kill?

Yes, the term **86** has been utilized to mean "to kill" or "to murder," though this is far from its most common usage. 🔗

While it is primarily known as restaurant slang for being out of an item or as a bar term for ejecting a rowdy patron, several authoritative sources and historical contexts acknowledge its more violent connotations: 🔗

- Slang Dictionaries: <u>Cassell's Dictionary of Slang</u> explicitly lists "to kill, to murder; to execute judicially" as an alternative definition for the term. <u>Green's Dictionary of Slang</u> also includes this as a secondary meaning.

- <u>Merriam-Webster</u>: Merriam-Webster recognizes that some equate "86" with "to kill." However, it notes that the dictionary does not officially enter this sense because it is relatively recent and lacks widespread use compared to its hospitality meanings.

- **Military and Law Enforcement Jargon:** The term has appeared in military and law enforcement contexts to mean "eliminating" or "terminating" an enemy or target.

- **Pop Culture and Mob Lore**: There is an urban legend that the term originated from mobsters burying bodies "**8** miles out and **6** feet under". While experts at the Mob Museum state there is no documented evidence that the term began with organized crime, it has been used metaphorically to mean "eliminate" in crime fiction and film.

- **Recent Controversy**: The term gained significant attention in early 2026 following the <u>indictment of former FBI Director James Comey</u>. The case centered on a social media post of seashells spelling out "**86 47**," which critics and the DOJ interpreted as a "hit" or assassination threat against the 47th President of the United States. 📷 Instagram +11

AI can make mistakes, so double-check responses

Ask anything

+



16 sites

Former FBI Special Agent who worked under James Comey react...
Apr 30, 2026 — Former FBI Special Agent who worked under James Comey reacts to...
📷 Instagram

'86 it': Restaurant workers say the term at the center of James ...
Apr 29, 2026 — "People think of it as something having to do with disappearing,...
NBC News

What Does '86 47' Mean? Term in James Comey's Instagram Post ...
May 16, 2025 — What Does '86' Mean? Term in Comey's Social Media Post Has Change...
The New York Times

Show all