# Exhibit II

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

Date of entry ___05/12/2026___

    On 05/08/2026, Salvatore Gravano (Gravano) called SA April Floyd from his telephone number of ██████████, after his Federal post release officer, Trevor Richins (Richins), left his house. While Richins was visiting Gravano, he verified SA Floyd's identity as a Special Agent with the Federal Bureau of Investigation (FBI). Gravano called SA Floyd to discuss logistics associated with scheduling an interview for the following week. Gravano and SA Floyd discussed FBI Phoenix Special Agents coming to his house on Monday, 05/11/2026 at 10:00am (Mountain Standard Time), and facilitating a Teams meeting with FBI Charlotte agents. Gravano provided his address of ████ ████████████████████████████.

    During the conversation regarding logistics for the upcoming interview, Gravano told SA Floyd he had no vendetta or issues with James Comey (Comey), and he did not care one way or another what occurred with Comey's pending criminal case for the "86 47" post. Gravano did not care if Comey went to jail for the post or remained free. According to Gravano, there was no way that Comey did not know what the term "86" meant as it related to killing someone. Gravano gave an example of the use of the term "86" in the context of killing someone and used his son, Gerard, in the sentence. Gravano told SA Floyd that if he ordered for Gerard to be "86-ed" it meant that he wanted Gerard killed. Gravano told SA Floyd he was fairly certain it would be difficult to find the term "86" documented in law enforcement/FBI files because members of the organized crime families refrained from using terms such as "86" that were commonly used in day-to-day business in the presence of law enforcement officers. Gravano reiterated that based on the positions Comey held and the interactions Comey had with those involved in organized crime, there was no way he did not know that the term "86" was used in the context of killing someone.

    SA Floyd told Gravano she would reach out and confirm the time the FBI Phoenix agents would arrive at his residence on Monday once she was able to speak to them. Later in the day, SA Floyd texted Gravano about the time for the interview. **(Writer's Note: The text messages between SA Floyd and Gravano were included in the 1A section of this report as a digital attachment.)**

| | | |
|---|---|---|
| Investigation on | 05/08/2026 at | Wilmington, North Carolina, United States (Phone) |
| File # ██████████ | | Date drafted 05/09/2026 |
| by SA APRIL FLOYD | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

012166