# Exhibit JJ

**AUDIO FILE PROVIDED TO COURT ON FLASH DRIVE UNDER SEAL**