# Exhibit LL

# NON-REFERRED PROTECTIVE INTELLIGENCE INVESTIGATIONS

## Purpose

Protective Intelligence investigations receive the highest priority of all United States Secret Service (Secret Service) investigations.

Upon receiving protective intelligence (PI) information, the Protective Intelligence and Assessment Division (PID) may determine additional investigation by the field is required to determine if the subject or subjects pose a risk of an unwanted outcome. If the determination can be made based on initial investigation that there is no risk of an unwanted outcome and there is no judicial action, then PID's Risk Management Branch (RMB) may close the investigation as "non-referred" and assign a 679.000 case type.

A non-referred case must still be fully investigated. This section outlines the circumstances in which PI incidents may be non-referred and the required investigation/documentation that must be completed by the investigating field office. See the Strategic Intelligence and Information Manual, sections PID-05, Protective Intelligence Subject Investigation and Case Management, for guidance on PI interviews, and PID-08, Referred Protective Intelligence Investigations, for requirements of a formal investigation and evaluation.

## Typical Non-Referred PI Subject Cases

Non-referred cases may be assigned by PID when the following circumstances exist:

- Known individuals who make a threat or exhibit inappropriate interest toward a Secret Service protected interest, where sufficient information is developed through previous or initial Secret Service investigation to eliminate the need for a formal PI investigation and evaluation;



Case 4:26-cr-00016-FL-RN     Document 43-38     Filed 07/28/26     Page 2 of 3

014105

# Requirements for Non-Referred PI Subject Cases

Formal investigative reporting is not required for a non-referred subject case; however, interview notes and other documentation are required for inclusion in the corresponding Protective Threat Management System (PTMS) case record.  When the subject is known, the investigating field office must also complete the following:

1. Criminal record checks;
2. Review of any mental health records associated with the subject;
3. Obtain a quality head and shoulders photograph and/or recent photograph from a driver's license issuing agency, police or prison mugshot, employer, or relative;
4. In-person subject interview;
5. At least one substantive corroborative interview; attempts should be made to conduct further corroborative interviews;
6. Appropriate protective intelligence forms (SSF 1758, SSF 1945, etc.); and
7. Other investigation as determined necessary by either the investigating field office or PID to resolve conflicting information or understand the subject's behavior of interest.

Photographs of non-referred subjects must be submitted to PID.

Sometimes, required interviews or documentation may not be obtainable.  Investigating field offices must communicate with the RMB to determine sufficient investigation needed to resolve the case.

Non-referred PI subject case records will be retained in PTMS for 30 years, unless longer retention is authorized by SAIC-PID due to legal, operational, or administrative requirements.

Case 4:26-cr-00016-FL-RN     Document 43-38     Filed 07/28/26     Page 3 of 3

014106