IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CR-16-FL-RN

UNITED STATES OF AMERICA,                     )
                                              )
                                              )
                                              )
           v.                                 )        **NOTICE OF SPECIAL APPEARANCE**
                                              )
JAMES BRIEN COMEY, JR.                        )
                                              )
                                              )

Please take notice that the undersigned Claire Groden hereby enters a notice of special

appearance as attorney for James Brien Comey, Jr. in the above-captioned matter, in association

with Local Criminal Rule 57.1(d) attorney, Joseph E. Zeszotarski, Jr.

I certify that I will submit any document to the Local Criminal Rule 57.1(d) attorney for

review prior to filing the document with the court.

*/s/ Claire Groden*
Claire Groden
Cooley LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, D.C. 20004
202-728-7013
cgroden@cooley.com
D.C. Bar. No. 1738682
Attorney for James Brien Comey, Jr.


*/s/ Joseph E. Zeszotarski, Jr.*
Joseph E. Zeszotarski, Jr.
Gammon & Zeszotarski PLLC
P.O. Box 1127
Raleigh, NC 27602

(919) 521-5878
jzeszotarski@ghz-law.com
N.C. Bar. No. 21310
Local Criminal Rule 57.1(d) Attorney for James
Brien Comey, Jr.

2