Patrice >
[redacted]

Thu, May 15 at 3:12 PM

.S. English slang, "86" means to
t rid of or to refuse service. It's
en used in restaurants and bars to
licate that an item is out of stock
bar a customer from being
rved.