UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-CR-00016-FL-RN

UNITED STATES OF AMERICA )
)
v. )
)
JAMES BRIEN COMEY, JR. )

**NOTICE OF MANUAL FILING**

Please take notice that the Government has manually filed a disc containing an excerpt of the Night Show with Steven Colbert. This disc is referred to in numerous Government's Responses as an Exhibit, specifically:

DE 52, Exhibit 11, The Tonight Show with Stephen Colbert

DE 54, Exhibit 11, The Tonight Show with Stephen Colbert

DE 55, Exhibit 11, The Tonight Show with Stephen Colbert

These items have not been electronically filed because:

__X__ the Electronic Case Filing Administrative Policies and Procedures Manual provides an exemption; or

_____ the Plaintiff/Defendant is excused from filing this document or item by Court Order.

Respectfully submitted this 18th day of August, 2026.

W. ELLIS BOYLE
United States Attorney

*/s/ Timothy M. Severo*
TIMOTHY M. SEVERO
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Tel: 919-856-4530
tim.severo@usdoj.gov
NC State Bar No. 19621

CERTIFICATE OF SERVICE

I certify that I have on this 18th day of August 2026, served a copy of the foregoing Motion upon counsel for defendant through electronic filing via CM/ECF to:

Patrick J. Fitzgerald Law Office
P.O. Box 277
49117
New Buffalo, MI 49117
312-758-4454
Email: patrickjfitzgeraldlawoffice@gmail.com

**Joseph E. Zeszotarski , Jr.**
Local Counsel
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
919-521-5878
Email: jzeszotarski@ghz-law.com

*/s/ Timothy M. Severo*
TIMOTHY M. SEVERO
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Tel: 919-856-4530
tim.severo@usdoj.gov
NC State Bar No. 19621