IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-16-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES BRIEN COMEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court upon the government's filing titled "Notice of Manual Filing," wherein the government expresses intent to file manually a disc containing an excerpt of a television show (DE 56). Pursuant to this court's Electronic Case Filing Administrative Policies and Procedures Manual, "[a] filing user must seek leave of court to manually file exhibits that are not capable of being electronically filed." Policy Manual § V.A.2.b. In this instance, the court construes the government's filing as a motion for leave to manually file the disc described therein, and, for good cause shown, the court ALLOWS the motion. Within seven days of the date of this order, the government shall file manually the disc described in its motion. All future filings must comply with the Local Criminal Rules and the Policy Manual.

SO ORDERED, this the 19th day of August, 2026.

LOUISE W. FLANAGAN
United States District Judge