UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-16-1-FL

UNITED STATES OF AMERICA

v.

JAMES BRIEN COMEY JR.

**ORDER**

This matter comes before the Court on Defendant's motion to submit one combined reply not to exceed 20 pages in support of his separate motions to dismiss for vindictive prosecution and for selective prosecution, rather than two separate replies in support of the motions. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that Defendant may submit one combined reply in support of his separate motions to dismiss for vindictive prosecution and for selective prosecution, not to exceed 20 pages in length.

SO ORDERED.

This the 24th day of August, 2026.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE