IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America,<br><br>v.<br><br>James B. Comey, Jr.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:26-cr-00016-FL-RN |

**JAMES B. COMEY JR.'S MOTION FOR LEAVE TO FILE MANUALLY SEALED EXHIBIT TO SUPPLEMENTAL AFFIDAVIT OF PATRICK J. FITZGERALD**

James B. Comey, Jr., by and through undersigned counsel, and pursuant to Section V.A of the Electronic Case Filing Administrative Policies and Procedures Manual ("Policy Manual") and Local Criminal Rule 49.1(a), respectfully moves this Court for leave to file manually, under seal, one exhibit to the Supplemental Affidavit of Patrick J. Fitzgerald In Further Support of Motion to Dismiss for Vindictive and Selective Prosecution. *See* Dkts. 63, 64. Mr. Comey seeks to file manually the following Exhibit under seal.

- **Exhibit A:** Audio recording of April 27, 2026 Hearing.

The foregoing Exhibit is an audio recording in .mp3 format. Due to the file size of the recording, this Exhibit cannot be filed electronically through the Court's CM/ECF system. *See* Policy Manual § V.A.2(b).

The Exhibit was produced to Mr. Comey by the government on July 23, 2026. The government has been notified of Defendant's intention to file this Motion, and a copy of the sealed Exhibit has been served on the government by e-mail pursuant to Local Rule 49.1(f)(3).

Accordingly, Mr. Comey respectfully requests that the Court grant leave to file the sealed Exhibit manually via flash drive, and has attached a Proposed Order granting this Motion as Exhibit A.

Dated: September 1, 2026

Respectfully submitted,


JAMES B. COMEY, JR.
By Counsel

*/s/ Joseph Zeszotarski*
Joseph Zeszotarski
(N.C. Bar No. 21310)
Gammon & Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
Telephone: 919-521-5878
jzeszotarski@ghz-law.com

*Local Rule 57.1 Counsel for Defendant*

Patrick J. Fitzgerald*
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454
patrickjfitzgeraldlawoffice@gmail.com

*/s/ Ephraim A. McDowell*
Ephraim A. McDowell*
(D.C. Bar No. 1631429)
Alexander J. Kasner*
(Cal. Bar No. 310637)
Elias S. Kim*
(D.C. Bar No. 1673678)
Claire Groden*
(D.C. Bar No. 1738682)
Dev P. Ranjan*
(D.C. Bar No. 90019329)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004

Telephone: (202) 842-7800
emcdowell@cooley.com
akasner@cooley.com
ekim@cooley.com
cgroden@cooley.com
dranjan@cooley.com

Rebekah Donaleski*
(N.Y. Bar No. 4986246)
Mikhaila R. Fogel*
(Mass. Bar No. 713095)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
rdonaleski@cooley.com
mfogel@cooley.com

Michael R. Dreeben*
(D.C. Bar No. 370576)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone: (202) 695-2562

**Special Appearance pursuant to Local Criminal Rule 57.1(e)*

*Counsel for Defendant James B. Comey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of September, 2026, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ephraim A. McDowell*
Ephraim A. McDowell
*Counsel for Defendant James B. Comey, Jr.*