UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-00016-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO SEAL |
| v. | ) | MOTION TO EXTEND |
| | ) | TIME TO RESPOND |
| JAMES B. COMEY, JR. | ) | (SEALED) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that Docket Entry Number 81 be sealed as it relates to a sealed motion filed by defense.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced motion.

Respectfully submitted this 16th day of October, 2026.

W. ELLIS BOYLE
United States Attorney

BY: */s/ Timothy Severo*
TIMOTHY SEVERO
Assistant U.S. Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919)-856-4500
Email: Tim.severo@usdoj.gov
Telephone: 919-856-4500
NC Bar No. 19621

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing motion has been served upon the defendant via email to **Joseph E. Zeszotarski , Jr..**

BY: *<u>/s/ Timothy Severo</u>*
TIMOTHY SEVERO
Assistant U.S. Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919)-856-4500
Email: Tim.severo@usdoj.gov
Telephone: 919-856-4500
NC Bar No. 19621